UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CAROLINE H. SHRYOCK and GAYLE L. LEWIS
as trustees of THE CAROLINE H. SHRYOCK
LIVING TRUST,

    Plaintiffs,

v.                                          Case No. 16-00819 SCY/KK

PHL VARIABLE INSURANCE COMPANY,
DIAMOND & ASSOCIATES RETIREMENT
PLANNING SERVICES, INC.  and MARK
STEPHEN DIAMOND,

    Defendants.

STIPULATION OF DISMISSAL OF
DEFENDANT PHL VARIABLE INSURANCE COMPANY

      Pursuant to Rule 41(a)(1)(A)(ii), plaintiffs Caroline H. Shryock and Gayle L. Lewis as trustees of The Caroline H. Shryock Living Trust, through counsel Marrs Griebel Law., Ltd., voluntarily stipulate to the dismissal with prejudice of their action against PHL Variable Insurance Company ("*PHL*"), following the settlement of this matter as between plaintiffs and PHL, with plaintiffs and PHL to bear their own costs and attorneys' fees. This stipulation is signed by counsel for all parties who have appeared in this lawsuit.

                        Respectfully submitted,

                        MARRS GRIEBEL LAW, LTD.

                        By    /s/ Clinton W. Marrs
                               Clinton W. Marrs
                               1000 Gold Ave SW
                               Albuquerque, NM 87102
                               Telephone: (505) 433-3926
                               clinton@marrslegal.com

                        -and-

TREINEN LAW OFFICE PC
Rob Treinen
500 Tijeras Ave NW
Albuquerque, NM 87102
Telephone: (505) 247-1980
robtreinen@treinenlawoffice.com

*Attorneys for Plaintiff*

*So stipulated by:*

EDISON, MCDOWELL & HETHERINGTON LLP


By____/s/__Andrew R. Kasner_____
Thomas F.A. Hetherington
Andrew R. Kasner
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone:    (713) 337-5580
Facsimile:    (713) 337-8850
Email: tom.hetherington@emhllp.com
andrew.kasner@emhllp.com

-and-

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
(505) 768-7205
aschultz@rodey.com

*Attorneys for Defendant PHL Variable Insurance Company*

*And so stipulated by:*

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: _____/s/ Edwin A. Barkel___
      Ross L. Crown
      Edwin A. Barkel (admitted *pro hac vice*)
      Jared L. Sutton (admitted *pro hac vice*)
      201 Third Street NW, Suite 1950
      Albuquerque, NM 87102-4388
      Tel: 505.764.5400
      Fax: 505.764.5480
      E-mail: rcrown@lrrc.com
      ebarkel@lrrc.com
      jsutton@lrrc.com

*Attorney for Defendants Diamond & Associates Retirement Planning Services, Inc. And Mark Stephen Diamond*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of January, 2017, the foregoing was served by email to the persons below:

Andrew G. Schultz
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
P.O. Box 1888
Albuquerque, NM 87103
(505) 768-7205
aschultz@rodey.com

AND

Thomas F.A. Hetherington
Andrew R. Kasner
EDISON, MCDOWELL & HETHERINGTON LLP
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone:   (713) 337-5580
Facsimile:   (713) 337-8850
Email: tom.hetherington@emhllp.com
      andrew.kasner@emhllp.com
*Attorneys for Defendant PHL Variable Insurance Company*

3

and

Ross L. Crown
Edwin A. Barkel (admitted *pro hac vice*)
Jared L. Sutton (admitted *pro hac vice*)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 Third Street NW, Suite 1950
Albuquerque, NM 87102-4388
Tel: 505.764.5400
Fax: 505.764.5480
E-mail: rcrown@lrrc.com
ebarkel@lrrc.com
jsutton@lrrc.com
*Attorney for Defendants Diamond & Associates Retirement Planning Services, Inc. And Mark Stephen Diamond*


　　/s/ Clinton W. Marrs　　
　　Clinton W. Marrs