# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

CAROLINE H. SHRYOCK and GAYLE L.
LEWIS as Trustees of THE CAROLINE H.
SHRYOCK LIVING TRUST,

    Plaintiffs,

v.

PHL VARIABLE INSURANCE
COMPANY; DIAMOND & ASSOCIATES
RETIREMENT PLANNING SERVICES,
INC.; and MARK STEPHEN DIAMOND,

    Defendants.

Case No.  1:16-CV-00819 SCY/KK

**NOTICE OF INTENT TO ISSUE SUBPOENA FOR PRODUCTION OF DOCUMENTS**

    Pursuant to Fed. R. Civ. P. 45(a)(4), Defendants Diamond Retirement Planning Services, Inc. and Mark Stephen Diamond give notice that they intend to issue and serve the attached subpoena requiring the production of documents and electronically stored information.

100588373_1

1

DATED:	February 23, 2017

        LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Jared L. Sutton*
    Ross L. Crown
    Edwin A. Barkel (admitted *pro hac vice*)
    Jared L. Sutton (admitted *pro hac vice*)
    201 Third Street NW, Suite 1950
    Albuquerque, NM 87102-4388
    Tel: 505.764.5400
    Fax: 505.764.5480
    E-mail:   rcrown@lrrc.com
                ebarkel@lrrc.com
                jsutton@lrrc.com

Attorneys for Defendants Diamond Retirement Planning Services, Inc., and Mark Stephen Diamond

## **CERTIFICATE OF SERVICE**

  I certify that on February 23, 2017, I electronically transmitted the attached document to the Office of the Clerk of the U.S. District Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case, including:

Clinton W. Marrs
MARRS GRIEBEL LAW LTD.
1000 Gold Avenue SW
Albuquerque, New Mexico 87102
clinton@marrslegal.com

– and –

Rob Treinen
TREINEN LAW OFFICE PC
500 Tijeras Avenue NW
Albuquerque, New Mexico 87102
robtreinen@treinenlawoffice.com

*Attorneys for Plaintiffs*


By  /s/ *Jared L. Sutton*