## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

CAROLINE H. SHRYOCK and GAYLE L.
LEWIS as Trustees of THE CAROLINE H.
SHRYOCK LIVING TRUST,

    Plaintiffs,

v.

                      Case No.  1:16-CV-00819 SCY/KK

PHL VARIABLE INSURANCE
COMPANY; DIAMOND & ASSOCIATES
RETIREMENT PLANNING SERVICES,
INC.; and MARK STEPHEN DIAMOND,

    Defendants.

## STIPULATION TO DISMISS ALL CLAIMS

Plaintiffs and Defendants stipulate and agree to dismiss all claims asserted in this lawsuit, with prejudice, each party to bear their own costs and fees.

DATED:   October 2, 2017        LEWIS ROCA ROTHGERBER CHRISTIE LLP

                                          By: s/ *Jared L. Sutton*
                                              Ross L. Crown
                                              Edwin A. Barkel (admitted *pro hac vice*)
                                              Jared L. Sutton (admitted *pro hac vice*)
                                              201 Third Street NW, Suite 1950
                                              Albuquerque, NM 87102-4388
                                              Tel: 505.764.5400
                                              Fax: 505.764.5480
                                              E-mail:   rcrown@lrrc.com
                                                                ebarkel@lrrc.com
                                                                 jsutton@lrrc.com

                                              Attorneys for Defendants Diamond Retirement
                                              Planning Services, Inc., and Mark Stephen
                                              Diamond

        MARRS GRIEBEL LAW LTD.

        By: s/ *Clinton W. Marrs (with permission)*
            Clinton W. Marrs
            1000 Gold Avenue SW
            Albuquerque, New Mexico 87102
            clinton@marrslegal.com
            Tel: 505.433.3926

        Attorneys for Plaintiffs

        TREINEN LAW OFFICE PC

        By: s/ *Rob Treinen (with permission)*
            Rob Treinen
            500 Tijeras Avenue NW
            Albuquerque, New Mexico 87102
            robtreinen@treinenlawoffice.com

        Attorneys for Plaintiffs

        EDISON, MCDOWELL & HETHERINGTON

        By: s/ *Andrew Kasner (with permission)*
            Thomas F.A. Hetherington
            Andrew Kasner
            1001 Fannin St., Suite 2700
            Houston, Texas 77002
            Tom.hetherington@emhllp.com
            Andrew.kasner@emhllp.com
            Tel: 713.337.5580

        Attorneys for Defendant PHL Variable Insurance Company

## CERTIFICATE OF SERVICE

       I certify that on October 2, 2017, I electronically transmitted the attached document to the Office of the Clerk of the U.S. District Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case, including:

Clinton W. Marrs
MARRS GRIEBEL LAW LTD.
1000 Gold Avenue SW
Albuquerque, New Mexico 87102
clinton@marrslegal.com

– and –

Rob Treinen
TREINEN LAW OFFICE PC
500 Tijeras Avenue NW
Albuquerque, New Mexico 87102
robtreinen@treinenlawoffice.com

*Attorneys for Plaintiffs*


Thomas F.A. Hetherington
Andrew R. Kasner
EDISON, MCDOWELL & HETHERINGTON LLP
1001 Fannin Street, Suite 2700
Houston, TX 77002
tom.hetherington@emhllp.com
andrew.kasner@emhllp.com

*Attorneys for Defendant PHL Variable Insurance Company*

By /s/ *Jared L. Sutton*