UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CAROLINE H. SHRYOCK and GAYLE L.
LEWIS as Trustees of THE CAROLINE H.
SHRYOCK LIVING TRUST,

    Plaintiffs,

v.

                                    Case No.  1:16-CV-00819 SCY/KK

PHL VARIABLE INSURANCE
COMPANY; DIAMOND & ASSOCIATES
RETIREMENT PLANNING SERVICES,
INC.; and MARK STEPHEN DIAMOND,

    Defendants.

## ORDER DISMISSING ALL CLAIMS

In accordance with Fed. R. Civ. P. 58, and consistent with the Stipulation of Dismissal (Doc. 82) wherein both parties agreed that this case should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and expenses.

_____
**UNITED STATES MAGISTRATE JUDGE**

1